ROBERT T. PICKETT v. EARL HARRIS, ETC.

January 4, 1989.

The death of the Essex County Surrogate, Earl Harris, having rendered this matter moot,

It is ORDERED that the within appeal is dismissed. The Court notes that a proposed amendment to *Rule* 1:17–1(g) has been referred to the Civil Practice Committee for its review. (See 219 *N.J.Super.* 253)

STATE OF NEW JERSEY v. ALBERT V. LOUIS.

January 4, 1989.

Petition for certification granted.

IN THE MATTER OF THE COMMITMENT OF EDWARD S.

January 4, 1989.

Leave to appeal granted.

JAMIE DERRICOTT SCAFIDI, ET AL.

v.

F.U. SEILER, M.D.

January 10, 1989.

Petition for certification granted. (See 225 *N.J.Super.* 576)